# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:14-cr-00012-AT-JFK
## USA v. Elliott et al
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 08/28/2014.

TIME COURT COMMENCED: 3:09 P.M.
TIME COURT CONCLUDED: 4:02 P.M.      COURT REPORTER: Elise Evans
TIME IN COURT: 00:53                 DEPUTY CLERK: Amy McConochie
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Raytosha Elliott Present at proceedings |
| ATTORNEY(S) PRESENT: | Vionnette Johnson representing Raytosha Elliott<br>Stephen McClain representing USA |
| PROCEEDING CATEGORY: | Motion Hearing(Other Evidentiary Hearing-Contested); |
| MOTIONS RULED ON: | DFT#1-[28]Motion to Sever Counts DENIED<br>DFT#1-[40]Report and Recommendation ADOPTED |
| MINUTE TEXT: | The Court overruled the objections and adopted the findings in the [40] Report and Recommendation as to the Motion to Sever Counts. Defendant's Exhibits 1, 2, 3, 4 admitted. The Court overruled defendant's objections and adopted the findings in the [40] Report and Recommendation as to the bill of particulars. Discussion was had regarding the trial date in this matter. |